IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

SUSAN VAUGHN, PERSONAL REPRESENTATIVE
OF THE ESTATE OF PHIL EDWARD BLOUNT                              PLAINTIFF

V.                    NO. 2:03CV00070

GREENE COUNTY, ARKANSAS;
DAN LANGSTON, INDIVIDUALLY AND IN HIS OFFICIAL
CAPACITY AS SHERIFF OF GREENE COUNTY, ARKANSAS;
JOHN AND JANE DOES I - X, INDIVIDUALLY AND IN THEIR
OFFICIAL CAPACITIES AS OFFICERS AND EMPLOYEES OF
THE GREENE COUNTY SHERIFF'S DEPARTMENT                          DEFENDANTS

Consolidated With

SUSAN VAUGHN, PERSONAL REPRESENTATIVE
OF THE ESTATE OF PHIL EDWARD BLOUNT                              PLAINTIFF

V.                    NO. 2:04CV00213

CHRISTOPHER L. GRAY, CHRIS HALL, DAVID
WANNER, and MICHAEL JOHNSON, individually
and in their official capacities as officers and employees
of the Greene County Sheriff's Department                        DEFENDANTS

**ORDER**

Pending is Plaintiff's motion to compel discovery responses.  (Docket # 70).  Defendants' have responded and state that the parties have discussed the disputed discovery and they are attempting to provide the additional information sought by Plaintiffs.  Accordingly, Plaintiff's motion is denied as moot.

IT IS SO ORDERED this 8th day of March, 2007.

James M. Moody
United States District Judge