IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

SUSAN VAUGHN, PERSONAL REPRESENTATIVE
OF THE ESTATE OF PHIL EDWARD BLOUNT                    PLAINTIFF

V.                    NO.  2:03CV00070

GREENE COUNTY, ARKANSAS;
DAN LANGSTON, INDIVIDUALLY AND IN HIS OFFICIAL
CAPACITY AS SHERIFF OF GREENE COUNTY, ARKANSAS;
JOHN AND JANE DOES I - X, INDIVIDUALLY AND IN THEIR
OFFICIAL CAPACITIES AS OFFICERS AND EMPLOYEES OF
THE GREENE COUNTY SHERIFF'S DEPARTMENT                 DEFENDANTS

Consolidated With

SUSAN VAUGHN, PERSONAL REPRESENTATIVE
OF THE ESTATE OF PHIL EDWARD BLOUNT                    PLAINTIFF

V.                    NO.  2:04CV00213

CHRISTOPHER L. GRAY, CHRIS HALL, DAVID
WANNER, and MICHAEL JOHNSON, individually
and in their official capacities as officers and employees
of the Greene County Sheriff's Department              DEFENDANTS

**ORDER**

The Court has been advised that the parties reached a full and complete settlement of this consolidated matter.  Accordingly, Plaintiff's complaints are hereby dismissed with prejudice. The Clerk of the Court is directed to close both the lead and consolidated cases.  The Court will retain jurisdiction for thirty (30) days to resolve any disputes arising from the settlement.

IT IS SO ORDERED this 22nd  day of July, 2009.

_____
James M. Moody
United States District Judge